IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LUIS BARBA,** | 2:19-cv-01649-DMC |
| Plaintiff, | |
| v. | **ORDER** |
| | Judge: Hon. Dennis M. Cota |
| **DR. SMITH, et al.,** | Trial Date: Not Set |
| | Action Filed: August 26, 2019 |
| Defendants. | |

Plaintiff Luis Barba, an inmate proceeding pro se and under 42 U.S.C. § 1983, claims Defendants C. Smith, M. Ashe, and S. Wong were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment.  On October 21, 2021, the Court issued an order referring the case to its Post-Screening ADR Project and stayed the action for a period of 120 days.  (ECF No. 21.)  On October 26, 2021, after investigating the claims, speaking with the Plaintiff, and conferring with supervising counsel, Defendants filed a Motion to Opt Out of the ADR Project on the grounds that a settlement conference would not be beneficial.

/ / /

/ / /

1

Good cause appearing, the Court **GRANTS** Defendants' Request, ECF No. 22, to Opt Out of the ADR Project.

**IT IS SO ORDERED**.

Dated: October 29, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2

[Proposed] Order Defs.' Mot. to Opt Out of Alternative Dispute Resolution (2:19-cv-01649-DMC)