1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    LUIS BARBA,                                No.  2:19-CV-1649-KJM-DMC-P

12                      Plaintiff,

13          v.                                   <u>ORDER</u>

14    C. SMITH, et al.,

15                      Defendants.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the Court is Defendants' request, ECF No 27, for leave to file

19    a brief in support of their motion for summary judgment in excess of 20 pages.  Good cause

20    appearing therefor based on counsel's declaration indicating the need for additional pages in order

21    to file a single comprehensive motion for summary judgment addressing all claims and defenses

22    raised in the pleadings, Defendants' request is granted.  The 29-page memorandum of points and

23    authorities filed in support of Defendants' motion for summary judgment, ECF No. 28-2, is

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

1   deemed appropriately filed with leave to exceed page limits granted nunc pro tunc to August 29,

2   2022.

3          IT IS SO ORDERED.

4

5   Dated:  August 30, 2022

6                                                                                          _____

7                                                                                          DENNIS M. COTA
                                                                                           UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2